IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HASALEE MIMS, #126911, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:12cv866-TMH |
| ) | |
| LEEPOSEY DANIEL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AND OPINION**

On January 7, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 16). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. Plaintiff's complaint against Defendants Bentley and the State of Alabama are DISMISSED with prejudice and prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(, ii, and/or iii);

2. Defendants Bentley and the State of Alabama are DISMISSED as parties to the complaint; and

3. This case with respect to the remaining defendant is REFERRED back to the Magistrate Judge for further proceedings.

Done this 28th day of February, 2013.

                                                 /s/   Truman M. Hobbs
                                                 TRUMAN M. HOBBS
                                                 SENIOR UNITED STATES DISTRICT JUDGE