IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HASALEE MIMS, #126 911, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:12-CV-866-WHA |
| | ) [WO] |
| LEEPOSEY DANIELS, | ) |
| | ) |
| Defendant. | ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff filed this 42 U.S.C. § 1983 action on October 4, 2012, claiming he was forced to submit to tuberculosis treatment of I-N-H medicine which he complained could be toxic and detrimental to his vital organs. The court recently ascertained that Plaintiff is no longer incarcerated at the Elmore Correctional Facility which is the service address provided by him when he filed this complaint, and, indeed, that he is not within the custody of the Alabama Department of Corrections.

Since Plaintiff did not inform the court of any new address, as directed in the court's December 19, 2012, order of procedure (*Doc. No. 12* at 6-7), the court entered an order on August 5, 2014, directing him to do so by August 15, 2014. *Doc. No. 36*. Plaintiff was cautioned that his failure to comply with the court's August 5 order would result in a recommendation this case be dismissed. *Id*. The envelope containing Plaintiff's copy of the August 5 order was returned to the court on August 11, 2014, marked as undeliverable.

As Plaintiff is no longer incarcerated at the Elmore Correctional Facility, and as he has not provided this court with his current address, the undersigned concludes this case is due to be dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge this case be DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

It is further

ORDERED that **on or before October 17, 2014**, the parties may file an objection to the Recommendation. Any objection filed must identify specifically the findings in the Recommendation to which the party is objecting. Frivolous, conclusive, or general objections will not be considered by the District Court. The parties are advised this Recommendation is not a final order and, therefore, it is not appealable.

Failure to file a written objection to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a *de novo* determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en*

*banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE, this 3rd day of October, 2014.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE