IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HASALEE MIMS, #126911, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:12cv-866-WHA |
| | ) |
| LEEPOSEY DANIELS, | )           (WO) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendant, and against the Plaintiff, Hasalee Mims, and this case is DISMISSED without prejudice.

DONE this 27th day of October, 2014.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE